IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. HICKEY MARINE ENTERPRISES, INC., a Washington Corporation,　　　　Plaintiff,<br><br>v.<br><br>EAI INTERNATIONAL, INC., a California Corporation, and EDWARD V. HILL,　　　　Defendants.<br>_____<br><br>EAI INTERNATIONAL, INC., and MELODIE Z. SCOTT, personal representative of the ESTATE of EDWARD HILL,　　　　Third-Party Plaintiffs,<br><br>v.<br><br>ALASKA-OREGON OFFSHORE MARINE, INC., an Oregon Corporation, d.b.a. OREGON OFFSHORE TOWING,　　　　Third-Party Defendant. | CV 03-1296-HU<br><br>ORDER |

1 - ORDER

**C. KENT ROBERTS**
**DARIEN S. LOISELLE**
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
(503) 222-9981

    Attorneys for Plaintiffs
    United States of America and
    Hickey Marine Enterprises, Inc.

**PATRICK L. BLOCK**
Buono Block P.C.
200 S.W. Market Street
Suite #1600
Portland, OR 97201
(503) 222-6881

**PETER N HADIARIS**
600 Harrison Street
Suite 120
San Francisco, CA 94107
(415) 593-0077

    Attorneys for Defendant
    and Third-Party Plaintiff EAI
    International, Inc.

**MELODIE Z. SCOTT**
25 East State St.
Redlands, CA 92373

    Defendant, *Pro Se*

**JAMES P. MOYNIHAN**
**THOMAS G. WALLER**
Bauer Moynihan & Johnson, LLP
2101 Fourth Avenue
Suite 2400
Seattle, WA 98121
(206) 443-3400

    Attorneys for Third-Party Defendant
    Alaska-Oregon Offshore Marine, Inc.

**BROWN, Judge.**

Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#72) on February 3, 2005, in which he recommended this Court grant Third-Party Defendant Alaska-Oregon Offshore Marine's Motion for Summary Judgment (#58) on the claims asserted against it by Defendant and Third-Party Plaintiff Melodie Z. Scott as personal representative for the Estate of Edward V. Hall, dismiss Scott's claims against Offshore, and grant Offshore leave to submit a motion for attorneys' fees and costs.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#72). Accordingly, the Court **GRANTS** Third-Party Defendant Alaska-Oregon Offshore Marine's Motion for Summary Judgment (#58) on the claims asserted against it by Defendant and Third-Party Plaintiff Melodie Z. Scott as personal representative for the Estate of Edward V. Hall, **DISMISSES** Scott's claims

against Offshore, and **GRANTS** Offshore leave to submit a motion for attorneys' fees and costs.

IT IS SO ORDERED.

DATED this 20th day of April, 2005.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge